**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **ED CV 21-740-JFW(KKx)**                            Dated: June 25, 2021

Title:        Gary Ogaz -*v*- Honeywell International, Inc., et al.

**PRESENT:**
### HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

**Shannon Reilly**                                    **None Present**
**Courtroom Deputy**                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                    None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [filed 5/26/21; Docket No. 25]**

Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447 is currently on calendar for June 28, 2021, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 28, 2021 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.